IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IRA E. CAMPBELL,<br><br>          Plaintiff,<br><br>v.<br><br>WASTE MANAGEMENT OF<br>ILLINOIS, INC., a corporation,<br><br>          Defendant. | Case No. 3:21-cv-00474-SPM |

## JUDGMENT IN A CIVIL ACTION

**McGLYNN, District Judge:**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Joint Stipulation to Dismiss dated January 20, 2022, (Doc. 27), Plaintiff Ira E. Campell's claims against Defendant Waste Management of Illinois, Inc. are **DISMISSED with prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

DATED:   January 21, 2022.

                              MARGARET M. ROBERTIE,
                              Clerk of Court

                              By:  s/ *Jackie Muckensturm*
                                     Deputy Clerk

APPROVED: s/ *Stephen P. McGlynn*
                 STEPHEN P. MCGLYNN
                 U.S. District Judge